Louis B. Davidow et al., Respondents, v. Cele Weiss et al., Appellants.

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.